## DISTRICT OF COLUMBIA v. KENDALL.

Court of Appeals of District of Columbia.
Submitted May 3, 1927. Decided
May 26, 1927.

No. 4545.

In Error to the Police Court of the District of Columbia.

F. H. Stephens and E. W. Thomas, both of Washington, D. C., for plaintiff in error.

S. A. Syme, of Washington, D. C., for defendant in error.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. It is agreed that the principles involved in this case are identical with those in No. 4544, District of Columbia, Plaintiff in Error, v. John D. Kendall, Defendant in Error, 57 App. D. C. ——, 20 F.(2d) 287, which has been dismissed by the court this day for want of jurisdiction.

Consistently therewith, the writ of error issued in this case is likewise dismissed.